# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Global Ordnance LLC,            Case No.:
a Florida limited liability company,

       Plaintiff,

v.

Rockwell Defense Group LLC,
a Virginia limited liability company,

       Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Global Ordnance LLC ("Global Ordnance"), sues Defendant, Rockwell Defense Group LLC ("Rockwell"), and alleges the following:

### NATURE OF THE CASE

1. This is an action by Global Ordnance for Rockwell's breach of its payment obligations under an agreement for Rockwell to purchase ammunition from Global Ordnance. In this action, Global Ordnance seeks damages, interest, and costs incurred in this action, and all other relief available under law and equity.

### PARTIES

2. Global Ordnance is a Florida limited liability company with its principal place of business located in Sarasota, Sarasota County, Florida.

3. Rockwell is a Virginia limited liability company with its principal place of business located in Dulles, Loudoun County, Virginia.

4. Global Ordnance and Rockwell have engaged in several bustiness transactions. In each previous transaction, Rockwell placed an order to purchase product from Global Ordnance and Global Ordnance fulfilled each order.

5. All payments made by Rockwell for its previous orders to Global Ordnance were tendered to Global Ordnance at its headquarters in Sarasota, Florida.

## JURISDICTION AND VENUE

6. This Court has original subject matter jurisdiction over this case under Section 28 U.S.C. §1332 (a)(1) because the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

7. This Court possesses personal jurisdiction over Rockwell under Florida's Long Arm Statute, Section 48.193(1)(a), Florida Statutes, because Rockwell breached an agreement with Global Ordnance in Florida by failing to perform acts required by that agreement to be performed within this state. Rockwell is additionally subject to this Court's personal jurisdiction under Section 48.193, Florida Statutes, because it has engaged in substantial and not isolated activity within the state of Florida.

8. Venue properly lies in this judicial district under 28 U.S.C. §1391 (b)(2) because a substantial part of the events or omissions giving rise to the claims asserted herein occurred in this judicial district.

### BACKGROUND AND FACTUAL ALLEGATIONS

9. Global Ordnance is a provider of a wide array of equipment, ammunition, and firearms for both the commercial and defense industries.

10. Rockwell is a defense contractor and logistics company, that specializes in the procurement of defense materials and sourcing new and surplus items.

11. Rockwell ordered ammunition from Global Ordnance in a transaction conducted subject to Global Ordnance's terms and conditions, but failed to pay for the ammunition that Global Ordnance delivered and which Rockwell accepted.

12. All conditions precedent to the maintenance of this action have occurred, been performed, or have been excused or waived.

### COUNT I
### BREACH OF CONTRACT

13. Global Ordnance repeats and re-alleges the allegations in paragraphs 1 through 12 above, as if set forth fully herein.

14. Through Purchase Order No. 10708, dated November 7, 2019, Rockwell ordered 872,000 rounds of ammunition (the "Ammunition") from

Global Ordnance, for a total cost of $431,060.00 ("PO No. 10708"). A true and accurate copy of PO No. 10708 is attached hereto as Exhibit "A".

15.     Global Ordnance fulfilled Rockwell's order for the Ammunition in PO No. 10708 under the terms and conditions of Global Ordnance's Invoice no. 19-117-82-1 dated December 11, 2019 (the "Contract").  A true and accurate copy of the Contract is attached hereto as Exhibit "B".

16.     Global Ordnance delivered the Ammunition to Rockwell and Rockwell accepted and did not reject delivery of the Ammunition from Global Ordnance.

17.     Under the Contract, Rockwell was obligated to tender payment for the Ammunition to Global Ordnance, at its offices in Sarasota, Florida, on or before March 10, 2020.

18.     Despite repeated demands by Global Ordnance, Rockwell has failed to pay Global Ordnance the outstanding amount of $431,060.00, excluding interest, which is the full amount owed to Global Ordnance under the Contract for the Ammunition.

19.     Rockwell has acknowledged in writing that it owes Global Ordnance for the Ammunition and has not objected to Global Ordnance's demands for $431,060.00.

20.     Rockwell's failure to pay Global Ordnance the sum of $431,060.00 for the Ammunition constitutes a breach of the Contract.

21.     As a direct and proximate result of Rockwell's breach of the Contract, Global Ordnance has suffered actual damages in the amount of $431,060.00, plus interest.

WHEREFORE Global Ordnance respectfully requests that this Court enter judgment in its favor and against Rockwell, and to award to Global Ordnance its damages, costs, interest, and all other relief this Court deems just and appropriate.

## COUNT II
### ACCOUNT STATED

22.     Global Ordnance repeats and re-alleges the allegations in paragraphs 1 through 12, 14, 16, and 19 above, as if set forth fully herein.

23.     Before the institution of this action, Global Ordnance and Rockwell had business transactions between them and on December 18, 2020, they agreed to the resulting balance.

24.     Global Ordnance sent a "Default Notice – Final Demand" for the outstanding balance owed in the amount of $431,060.00 to Rockwell, and Rockwell did not object to the amount in the Default Notice. A copy of Global Ordnance's statement is attached as Exhibit "C".

25.     Rather, Rockwell acknowledged in an email dated December 18, 2020, that it owed $431,060.00 to Global Ordnance and stated that payment would be made "by the end of the month." A copy of Rockwell's email dated

December 18, 2020, from Jared Lawyer, President of Rockwell to Bryan Van Brunt, Chief Operations Officer and General Counsel for Global Ordnance, is attached hereto as Exhibit "D".

26. Rockwell owes Global Ordnance $431,060.00 that is due together with interest since March 10, 2020.

WHEREFORE Global Ordnance respectfully requests that this Court enter judgment in its favor and against Rockwell, and to award to Global Ordnance its damages, costs, interest, and all other relief this Court deems just and appropriate.

### COUNT III
### GOODS SOLD

27. Global Ordnance repeats and realleges the allegations in paragraphs 1 through 12, 14, 16, and 19 above, as if set forth fully herein.

28. Rockwell owes Global Ordnance $431,060.00 that is due with interest since March 10, 2020, for the Ammunition listed on Exhibit "A", which Ammunition was sold and delivered to Rockwell by Global Ordnance.

WHEREFORE Global Ordnance respectfully requests that this Court enter judgment in its favor and against Rockwell, and to award to Global Ordnance its damages, costs, interest, and all other relief this Court deems just and appropriate.

## **D**EMAND **F**OR **J**URY **T**RIAL

Global Ordnance demands a trial by jury on all claims so triable.

Dated:  February 12, 2021.	Respectfully submitted,

*/s/ Richard E. Fee*
Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
(813) 229-0046 (Facsimile)
rfee@feejeffries.com
kwade@feejeffries.com
bmayer@feejeffries.com

*Lead Trial Counsel for Plaintiff,
Global Ordnance LLC*